7:22CV123

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAR 10 2022
JULIA C. DUDLEY, CLERK
BY: /s/ A Beeson
DEPUTY CLERK

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

I came in L.A.D.C. at 5:25. C/o Miller finger printed me told me to take off my 2 rings put me in shower took off 3 customize necklaces

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

After they changed shifts C/o Hamlett opened the door after count was clear to let me out, I asked him was he going to get

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

$40,000

G. If this case goes to trial do you request a trial by jury?   Yes_____   No_____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court **in writing** of any change of address **after** I have been released or transferred or my case may be dismissed.

DATED: 2-23-22        SIGNATURE: _____

VERIFICATION:
I, Saundres Franklin, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 2-23-22        SIGNATURE: _____

Saunders Franklin vs. C/o miller & C/o Hamlett

Claim #1 Supporting Facts — made me take a Diamond earring out of my ear, watch and I told him get the $500.00 out of the inside of my coat and put on my books. He just took everything and said he was giving IT to C/o Hamlett.

Claim #2 Supporting Fact — me a copy of my property, cause staff has stole alot of my property In the pass that I am working on getting out. He stated ITS more than you here. Then I asked C/o miller the next Day. He came to my Cell #12 and I thought he was giving me the property sheet. C/o Hamlett said nigga this what you been worrying everyone for? And tore IT up check Camera

2-23-22

I am missing (3) customize necklaces, (1) diamond earring, (1) watch, $500.00

Saunders Franklin
[signature]



Saunders Franklin
**WESTERN STATE HOSPITAL**
**BOX 2500**
**STAUNTON, VIRGINIA 24402-2500**

RICHMOND VA 230
7 MAR 2022 PM 5 L

Clerk, UNITED STATE District Court
210 Franklin Road, SW, Suite 540
Roanoke, VA. 24011-2208

2-22-22
Legal Mail 2-28-22    24011-220999